IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARK TODD SHOWALTER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:11-cv-00333 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JOHN JABE, <u>et al.</u>, | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Showalter's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); all pending motions are **DIMSISSED as moot**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 13th day of July, 2011.

United States District Judge